IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>$17,480.00 IN U.S. CURRENCY,<br>Plaintiff | CIVIL NO. 07-1476(SEC) |

### **DEFAULT JUDGMENT**

TO THE HONORABLE COURT:

COMES NOW, Plainitff through the undersigned attorney and very respectfully state and pray:

The United States respectfully request that a Default Judgment be entered in the present case.

FACTUAL BACKGROUND

On June 7, 2007, the present forfeiture action was filed against $17,480.00 in U.S. currency, (Docket 1) pursuant to Title 21 United States Code § 881, for the forfeiture of property which constitutes proceeds traceable to the exchange of controlled substances and for forfeiture of property involved in a drug trafficking pursuant to Title 18 United States Code § 981. A detailed version of the factual ground was included in the original complaint in an sworn affidavit by U.S. Postal Inspector Alex Cruz.

WHEREAS, the U.S. Marshals, returned warrant unexecuted as to Alex Cruz on December 19, 2007 (Docket # 12).

WHEREAS, service of process was completed by the U.S.Marshals Service, in Puerto Rico and in Connecticut, due to the fact that the parcel sent via U.S. Postal Service (USPS) was addressed to an Alex Cruz in Hartford, Connecticut.

WHEREAS, the U.S Marshals in that District visited the address for the addressee in two occasions, November 20, and December 15, 2007. The USMS interviewed the occupant at the address and were informed that no person by the name of Alex Cruz lived there. (See Return of

Service by the USMS, Docket 12)

WHEREAS, notice of publication of forfeiture action was made informing the court that notice had been published in a newspaper of general circulation in Puerto Rico, in El Nuevo Dia on December 5, 2007, (Docket 13) and in the state of Connecticut, in The Harford Courant on January 10, 2008 (Docket 14).

WHEREAS, any prospective claimant had thirty (30) days in which to file a verified claim or he would otherwise be in default pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

AND WHEREAS, no timely claim was made in this case, upon the United States' motion for Default Judgment (Docket # 18) it is hereby

ORDERED, ADJUDGED, AND DECREED that the defendant property, $17,480 in U.S. Currency is to be forfeited to the United States and no right, title, or interest to this property shall exist in any other party. The defendant property shall be disposed of according to law by the United States Marshals Service.

SO ORDERED.

In San Juan, Puerto Rico, this 22 day of April 2008.

SALVADOR E. CASELLAS
UNITED STATES DISTRICT JUDGE

